**CONFIDENTIAL**

8:43 AM 9/11/2019

ENTERED / FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 18 2019
MITCHELL R. ELFERS
CLERK /mn

19 CV 867 SCY

RE: MARK A. YASKOWEAK; PFA CASE (PROTECTION FROM ABUSE); CASE INVOLVING MARK A. YASKOWEAK IMPLANTED WITH EXTRATERRESTRIAL-ALIEN TORTURE COMMUNICATIONS WEAPONS, FORCED 24/7 DOCUMENTED COMMUNICATION WITH MARK A. YASKOWEAK'S *MIND ONLY*, BY NUCLEAR COMMUNICATIONS, ALL VIA TALIBAN TORTURE RITUALS, WHICH ARE AUDIBLE (AND SILENT TO NON CULPRITS); ALL FORCEFULLY AUTOMATED TO THE DARKWEB CYBERTERRORISM SMARTPHONE(s) / DEVICE(s) OF THE ENTIRE CHURCH OF SCIENTOLOGY; AND ITS SATANIC 'RELIGIOUS GROUP(s)' AFFILIATES;

TO: ALL CHIEF JUDGES;

DEAR CHIEF JUDGE(s) OF THE UNITED STATES OF AMERICA:

ON MAY 17, 2017, I, MARK A. YASKOWEAK, WAS AMBUSHED; KIDNAPPED; AND HIJACKED BY SATANIC CORRUPT UNITED STATES GOVENRMENT ESPIONAGE TERRORISTS, WHO COMMITTED FIRST-DEGREE MURDER - BY IMPLANTING ME, MARK A. YASKOWEAK, WITH [STOLEN] EXTRATERRESTRIAL-ALIEN COMMUNICATIONS WEAPONRY, THAT FORCE MY EVERY THOUGHT, 24-HOURS A DAY, 7-DAYS A WEEK, TO THE (MORE THAN) 1 BILLION SMARTPHONES (DARKWEB CYBERTERRORISM SMARTPHONES) OF THE ENTIRE CHURCH OF SCIENTOLOGY / AND THEIR SATANIC 'RELIGIOUS' AFFILIATES, AND ALL FOR THEIR PERSONAL AND COMMUNITIVE FINANCIAL 'PROFITERRING' BY GLOBALLY BROADCASTING (ALL VIA DARKWEB CYBERTERRORISM SMARTPHONES) MY EVERY THOUGHT; MY EVERY VISUAL; MY EVERY SPOKEN WORD; ALL IN VIDEO / AUDIO / TEXT-MESSAGE / AND PICTORAL FORMAT(s); ALL FOR THEIR ENTIRE GLOBAL COMMUNITY TO RAPE; STEAL; AND COMMIT WAR CRIMES / TERRORISM / FIRST-DEGREE MURDER AGAINST ME, ALL BY SLAVERY; TORTURE; AND GENOCIDE;

THIS LETTER IS REQUESTING FOR YOU TO (PLEASE) SIGN BELOW TO SERVE AS ACCEPTING TO HEAR THE PFA CASE (PROTECTION FROM ABUSE CASE) I AM PROSECUTING AGAINST THE ENTIRE CHURCH OF SCIENTOLOGY AND ALL OF THEIR AFFILIATES; WHO ARE CAUGHT AS A 'RELIGIOUS' GROUP - THAT IMPLANT PEOPLE'S BRAINS WITH RADIOACTIVE NUCLEAR COMMUNICATIONS TORTURE DEVICES, IN ORDER TO STEAL BY EXPOSING THEIR TARGETED PERSONS' EVERY THOUGHT; IDEA(s); ALL VISUALS; ALL SPOKEN WORDS; AND ALL FOR THE COMMUNITIVE - AND PERSONAL FINANCIAL PROFITTING BY INFRINGEMENTS; COMMITTED AGAINST ANY SUCH PERSON(s);

THIS LETTER IS TO ALSO SERVE AS RECORD THAT I, MARK A. YASKOWEAK, HAVE ALREADY DOCUMENTED MY COMMUNICATING VIA MY EXTRATERRESTRIAL-ALIEN TORTURE COMMUNICATIONS WEAPONS, PERMENENTLY IMPLANTED INSIDE MY BRAIN, AND THE REMOVAL OF THESE IMPLANTS CANNOT BE DONE SAFELY; MOREOVER; AS THE VERY MATERIAL EVIDENCE NECESSARY (GIVEN THAT I AM SURVIVING); IT IS MORE THAN PRUDENT; FOR THE SAFETY OF ALL PERSONS THAT I COMMUNICATE VIA MY 'EXTRATTERSTRIAL INTELLIGENCE' - BY MY THOUGHTS *ONLY* INSIDE YOUR COURTROOM, WHEN I PROSECUTE THIS CASE; THAT *MUST (BY ALL LAWS)* CLOSE THE CHURCH OF SCIENTOLOGY DOWN - FOREVER AND EVERYWHERE, GLOBALLY; AS IS 'NOTHING RELIGIOUS' ABOUT SENSLESS MURDER FOR FINANCIAL PROFTTTING, WITH NO *AS IN ZERO* CONSEQUENCES;

CONFIDENTIAL

ENTERED
SEP 12 2019

PLEASE NOTE THE FOLLOWING ENTITIES THAT WERE NOTIFIED BY ME OVER THE LAST SEVERAL YEARS - THE FBI; THE WHITE HOUSE; U.S. NATIONAL SECURITY; U.S MILITARY INTELLIGENCE; THE U.S. SECRET SERVICE; THE OFFICE OF SERGEANT AT ARMS, IN WASHINGTON, DC; THE DEPT.
OF STATE; NASA; S.E.T.I. INSTITUTE; THE UNITED STATES SUPREME COURT; INTERPOL; ANDREWS AIR FORCE BASE; THE STATE OF CALIFORNIA GOVERNOR'S OFFICE; THE STATE OF NEVADA'S GOVERNOR'S OFFICE; MORE THAN 20 U.S. ATTORNEY'S OFFICES / U.S. ATTORNEYS; THE SANTA MONICA POLICE DEPT.; OTHER LOCAL LAW ENFORCEMENT; AND ALL CHOSE TO REJECT ANYTHING TO DO WITH MY HAVING BEEN IMPLANTED WITH EXTRATERRESTRIAL INTELLIGENCE - IN FACT, MOST OF THESE PLACES IMMEDIATELY HUNG THE PHONE UP ON ME THE SECOND THEY HEARD MY NAME AND THE CIRCUMSTANCES - I HAVE THIS EVIDENCE;

WHO (ALL) CHOSE TO FULLY AND COMPLETELY REJECT ANY INVESTIGATION(s), AS WELL AS FULLY REJECT ANY ARRESTS MADE TO ANY 'MEMEBER' OF THE ENTIRE CHURCH OF SCIENTOLOGY
AND ALL THEIR SATANIC AFFILIATES, (WHO MAINTAIN 'SECRECY PRIVILIGES' AND FULL ANONYMITY
BY THE USE(s) OF MANY ALIASES; AND; WHO BENEFIT EVEN FURTHER FROM FULL TAX EXEMPTION STATUS - IN THE UNITED STATES OF AMERICA, AND ELSEWHERE, BASED ON 'RELIGION');

*THERE IS ALSO PROOF IN THIS CASE, THAT SCIENTOLOGY ARE 'RUINING' CHILD VICTIMS; SMALL ANIMALS; INFANTS; ALL DEEMED 'SUPPRESSIVE PERSONS' BY THE CHURCH OF SCIENTOLOGY,
WHICH GENERALLY RESULT IN - MORE THAN SIGNIFICANT INSURANCE PAYOUTS / EMBEZZELEMENT;

I KINDLY ASK YOU TO SIGN / DATE THIS DOCUMENT (HERE)
_____ ;
TO CONFIRM YOU ARE *NOT / HAVE NEVER BEEN* A MEMBER OF THE CHURCH OF SCIENTOLOGY - OR
ANY OF ITS AFFILIATED SATANIC 'RELIGIOUS GROUPS' ; AND WILL GLADLY HEAR THIS PFA CASE
WITH FULL AND TOTAL UNBIASED IMPARTIALITY;

*BASED ON THE WEAPONS IMPLANTED IN ME, THE ENTIRE CHURCH OF SCIENTOLOGY AND ALL OF THEIR
SATANIC-AFFILIATED 'RELIGIOUS GROUPS' HAVE STOLEN ALL OF THIS NOW; WILL STEAL EVERY SECOND
THAT I PREPARE FOR THE CASE; AND WILL BE TERRORISTICALLY BE BROADCASTING GLOBALLY - YOUR
COURTROOM - IF / WHEN THE CASE IS HEARD; EVERY SECOND OF EVERY DAY IS STOLEN; ILLEGALLY
BROADCASTED; AND INFRINGED ON, BY THE ENTIRE CHURCH OF SCIENTOLOGY AND THEIR SATANIC

'RELIGIOUS AFFILIATES' (MORE THAN 1 BILLION OF THEIR 'PAYING MEMBERS' GLOBALLY);


I, MARK A. YASKOWEAK, WILL ALSO *GLADLY* SUBMIT AUDIO / VIDEO / REAL SCIENTIFIC DATA AS
MATERIAL EVIDENCE (TO YOUR CHAMBERS) OF ME COMMUNICATING AS AN EXTRATERRESTRIAL, FROM MY

PERMANENETLY IMPLANTED COMMUNICATION WEAPONS; IF SUCH IS NECESSARY TO HELP THE MATTERS
OF THIS CASE(s); AND;

TO SERVE AS RECORD THAT I, MARK A. YASKOWEAK, HAVE BEEN 'VICTIMIZED INTO HAVING TO DISCOVER
THE EXISTENCE OF EXTRATERRESTRIAL-ALIEN CIVILIZATIONS; WHICH IS PART OF WHO I AM (ANCESTRIALLY); GIVEN I AM SURVIVING / FUNCTIONING FROM THE EXTRATERRESTRIAL WEAPONS INSIDE
MY BRAIN; THAT WERE FORCEFULLY IMPLANTED THERE BY UNITED STATES GOVERNMENT ESPIONAGE, WHO
ARE SATANIC MEMBERS OF THE CHURCH OF SCIENTOLOGY - AND THEIR AFFILIATED 'RELIGIOUS GROUPS';

*please also note: these weapons implanted inside me run 24-hour a day, 7-day a week, taliban
black magic, satanic nuclear torture rituals; AND THE REMOVAL OF THESE IMPLANTED WEAPONS
WILL RENDER ME MORTALLY INCAPACITATED; AND I (GIVEN THESE CIRCUMSTANCES) ALSO I AM *NOT*
ALLOWING ANYONE TO EXAMINE ME, AS THE CHURCH OF SCIENTOLOGY - ARE PRESENTLY MAINTAINING
SECRECY PRIVILEGES AND WITH THE USE(s) OF AS MANY ALIASES AS DESIRED (SUCH AN UNCOMFORTABLE
NOTION IS A COMPELLING FACTOR - AS TO WHY THE SECRECY OF THE ENTIRE CHURCH OF SCIENTOLOGY -
NEEDS TO BE EXPOSED, FOR THE *SAFETY OF ALL PERSONS (ESPECIALLY CHILD VICTIMS / SMALL
ANIMALS) EVERYWHERE*;

ENTERED
SEP 12 2019

THANK YOU.

I KINDLY ASK YOU TO PLEASE FOLLOW-UP WITH ME IN WRITING.

THANKS AGAIN,

*[signature]*

MARK A. YASKOWEAK
243 S. MAIN STREET, 2FLR FRONT
WILKES-BARRE, PA 18701
(570) 904-4603
myaskoweak@yahoo.com

Case 1:19-cv-00867-JCH-SCY   Document 1   Filed 09/18/19   Page 4 of 4

CONFIDENTIAL

ENTERED
SEP 12 2019

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 18 2019

MITCHELL R. ELFERS
CLERK

TO: CHIEF UNITED STATES DISTRICT JUDGE,
JUDGE WILLIAM PAUL JOHNSON
OF THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI U.S. COURTHOUSE
333 LOMAS BLVD. NW SUITE 270
ALBUQUERQUE, NM